# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALVARADO G., <br><br> Petitioner, <br><br> v. <br><br> MICHAEL B. MUKASEY, et al., <br><br> Respondents. | Civil No.   08cv0851-DMS (CAB) <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner, a Department of Homeland Security detainee proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis. The Court **GRANTS** Petitioner's application to proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a poor person without being required to prepay fees or costs and without being required to post security. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED.**

DATED: May 14, 2008

_____
HON. DANA M. SABRAW
United States District Judge

Copies to:   ALL PARTIES