# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALVARADO,<br><br>            Petitioner,<br>vs.<br>MICHAEL B. MUKASEY,<br><br>            Respondent. | CASE NO. 08CV0851 DMS (CAB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Respondent shall file a response showing cause why relief should not be granted on or before July 14, 2008. Any reply shall be filed on or before July 28, 2008, at which time the matter shall be taken under submission without oral argument.

**IT IS SO ORDERED.**

DATED: June 17, 2008

_____
HON. DANA M. SABRAW
United States District Judge