1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

ANGEL ALVARADO,

CASE NO. 08CV0851 DMS (CAB)

12

Petitioner,

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

vs.

13

MICHAEL B. MUKASEY,

14

Respondent.

15
16          Petitioner has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

17   Department of Homeland Security (DHS) has removed Petitioner from the United States to Mexico.

18   Because Petitioner is no longer in DHS custody, the "custody" prerequisite of habeas jurisdiction no

19   longer exists. *See* 29 USC § 2241; *Miranda v. Reno,* 238 F.3d 1156 (9th Cr. 2001).

20          Therefore, the Petition is denied as moot. The clerk shall terminate this case.

21   **IT IS SO ORDERED.**

22

23   DATED: September 2, 2008

24                                                    _____

25                                                    HON. DANA M. SABRAW
                                                     United States District Judge
26
27
28

08CV0851

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

08CV0851