# UNITED STATES DISTRICT COURT

### Southern District of California

Angel Alvarado G

                            Plaintiff,

v.                                                Case No.: 3:08–cv–00851–DMS–CAB

                                                                 Judge  Dana M. Sabraw

Michael B. Mukasey

                            Defendant.

### JUDGMENT IN A CIVIL CASE

_____    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Because Petitioner is no longer in DHS custody, the "custody" prerequisite of habeas jurisdiction no longer exists. Therefore, the Petition is denied as moot.

                                                                                           W. Samuel Hamrick, Jr.,
                                                                                                  Clerk of the Court

Date: 9/2/08

                                                                                   By: s/ L. Odierno, Deputy Clerk

                                                                                   ENTERED ON: September 2, 2008